| DATE: | 5/18/2022 |
|---|---|
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 11:42 - 12:11 |
| TOTAL TIME: | 14 minutes |

CASE NUMBER 4:22-CR-00110-SDJ

USA v. Elmer Omar Ayala (9)
Gerald Fitzgerald Hatley, Jr. (10)
Miles Justin Urias (13),
Daniel Lee Warren (15),
Rajaa Bensellam (16),
Hadi Mohammed Taffal (17),

_Anand Varadarajan_
AUSA

_Glenn Brenner, CJA (deft. 10)_
Defense Attorney

**FILED**
MAY 18 2022
Clerk, U.S. District Court
Eastern District of Texas

☐ INITIAL APPEARANCE INDICTMENT
☐ ARRAIGNMENT
☐ DETENTION HEARING    ☐ PRELIMINARY HEARING    ☐ STATUS CONFERENCE

☐ Hearing Held    ☐ Hearing Called    ☐ Defendant Sworn    ☐ Interpreter Required

☐ Date of arrest: _____ (Other district court & case #)

☐ Defendant ☐ advised of charges ☐ advised of maximum penalties ☐ waived reading of indictment

☒ Financial affidavit executed by Ayala (9).
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☒ able to employ counsel ☐ unable to employ counsel.
☐ _____ CJA appointed

☒ Financial affidavit executed by Hatley (10).
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☐ able to employ counsel ☒ unable to employ counsel.
☒ _____Glenn Brenner_____ CJA appointed

☒ Financial affidavit executed by Urias (13).
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☒ able to employ counsel ☐ unable to employ counsel.
☐ _____ CJA appointed

☒ Financial affidavit executed by Warren (15).
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☒ able to employ counsel ☐ unable to employ counsel.
☐ _____ CJA appointed

☒ Financial affidavit executed by Bensellam (16).
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☒ able to employ counsel ☐ unable to employ counsel.
☐ _____ CJA appointed

☒ Financial affidavit executed by Taffal (17).
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☒ able to employ counsel ☐ unable to employ counsel.
☐ _____ CJA appointed

| | |
|---|---|
| ☒ | USA ORAL motion for detention |
| ☒ | USA ORAL motion to continue ☒ Oral Order granting continuance ☐ Oral Order denying continuance |
| ☐ | Defendant ORAL motion to continue detention hearing |
| ☐ | Oral Order granting continuance    ☐ Oral Order denying continuance |

☒   Detention and Arraignment hearings set as to all Defendants:
    <u>Tuesday May 24, 2022, at 10:00 a.m. bfr Judge Johnson</u>

| | |
|---|---|
| ☒ | Defendants remanded to custody of U.S. Marshal  ☐ Defendant ordered removed to Originating District |
| ☐ | Order setting conditions of release  ☐ PR Bond executed |
| ☐ | Defendant failed to appear      ☐ oral order for arrest warrant      ☐ bond forfeited |

Court ordered Defendant ☐ DETAINED ☐ RELEASED

| | |
|---|---|
| ☐ | Conditions of Release entered |
| ☒ | Defendants remanded to USM. |